**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-21054
Summary Calendar

MONICA LORTON,

Plaintiff-Appellant,

VERSUS

CHRISTUS ST JOHN HOSPITAL; ET AL,

Defendants,

CHRISTUS ST. JOHN HOSPITAL,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(H-99-CV-1876)

July 17, 2001

Before EMILIO M. GARZA, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.